AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>LAMARION GRAY<br>*Defendant* | Case No. 1:23-mj-675 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **LAMARION GRAY**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Theft Mail Key - 18 U.S.C. 1704
Theft of Receipt of Stolen Mail Matter Generally - 18 U.S.C. 1708
Robbery of U.S. Property via Dangerous Weapon - 18 U.S.C. 2114
Use of Firearm During and In Relation to a Crime of Violence - 18 U.S.C. 924(c)(1)(A)

Date: 8/21/2023

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Karen L. Litkovitz
U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-21-2023, and the person was arrested on *(date)* 8-21-2023
at *(city and state)* CINCINNATI OH.

Date: 8/21/2023

*Arresting officer's signature*

BRAD M DORMAN   US POSTAL INSPECTOR
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **LAMARION GRAY**
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 11/11/2004
Social Security number: 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
Height: Weight:
Sex: Race:
Hair: Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: